UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA ex rel.
ELEVATION 33, LLC,

            Plaintiff-Relator,

v.

GUIDEHOUSE, INC. and NAN MCKAY AND
ASSOCIATES, INC.,

            Defendants.

Case No. 1:22-CV-00206 (DNH/TWD)

**FILED UNDER SEAL**

ORDER

In as much as the United States of America has intervened in this False Claims Act *qui tam* action, it is hereby ORDERED that:

1. all documents in this action be unsealed **except** for the documents associated with the following docket entries: 5, 13, 15, 17 and 19;

2. the seal be lifted as to all matters occurring in this action after this Order is entered;

3. the United States provide a copy of this Order to the defendants; and

4. the United States and Relator shall promptly file a Joint Stipulation of Dismissal of this action, pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, containing language consistent with that set forth in Paragraph 14 of the parties' settlement agreements.

IT IS SO ORDERED. June 14, 2024

David N. Hurd
U.S. District Judge